United States District Court
Northern District of Illinois
Eastern Division

**FILED**
J N
OCT 29 2007
OCT. 29, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JH

Plaintiff(s):

Daniela M. Sardisco

VS.

Defendant(s):

David Lieberthal
3717 East Thousand Oaks BLVD.
WestLake Village, CA 91362

Case No.

07CV6117
JUDGE ANDERSEN
MAG. JUDGE KEYS

## Complaint

Attorney Malpractice

David Lieberthal has not helped me what so ever! The only thing he has done is speak with me on the telephone. He has mistreated me. My mom told me he was aware that she was raping me. She called him and had a all time low conversation with him. She admitted "O he would let me hurt you." I am not sure what she meant by this but it was said on October 27, 2007. I was in the basement and she was upstairs in the kitchen. Our house is not insulated and she is always making me aware of her illegal activity. My. Lieberthal had the nerve to charge for half of there conversation. She said she talked to him for over an hour.

1

After charging me for a conversation he had with my mom, he began to disrespect me. It was apparent he did not want to work with me. I did not give her permission to call him and it wasn't in our agreement that he would charge me for speaking with other people.

I have asked him repeatedly asked him to send me a copy of the bill and he still has yet to send me a fresh copy. The last time I received a description of the bill was on April 2, 2007.

Lastly, I asked him to file a suit against an insurance company, and he has not gotten in touch with me since. He has failed to be helpful.

David has documentation on the phone calls we had. I hope that they are recorder I would love for him to bring them in court.
David Lieberthal has not helped me with any of my legal problems. He had asked me to fax him the same information more than once. I told him I wanted to sue the man who stole my Rang Rover. I gave him all the information he needed. Why hasn't he helped me? Why didn't he help me?

I am worthy of compensation. Mr. Lieberthal chooses to malpractice. He has done nothing for me; I want my 5,000.00 dollars that I paid for his services and one million dollars for the neglect and trouble caused. He is truly guilty of attorney malpractice!
*He knew I was in a legal predicament and he showed no concern or assistance, but, he was able to take my money.

I have suffered. There is no reason I should have been dealt with, in the manner which he associated himself. I am hurt, I hired him for a reason and he knew my life was at risk. Not one bit of his attention was on me. If he did not want to take my case He

2

should not have accepted my money! He involved himself by taking my money and avoiding me. He has personally injured me.

Is there a possibility that the law has been broken?

*Daniela Sardella*  10-29-07

306 Charmille Ln. Wood Dale IL, 60191 (630) 523-3037

3