**FILED**

J.N  OCT 2 9 2007
OCT. 29, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JH

## APPEARANCE FORM FOR PRO SE LITIGANTS
### DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Daniela M. Sardisco
(Please print)

STREET ADDRESS: 306 Charville Ln PO Box 84

CITY/STATE/ZIP: Wood Dale IL 60191

PHONE NUMBER: (630) 523-3037

CASE NUMBER: _____ 07CV6117
JUDGE ANDERSEN
MAG. JUDGE KEYS

_Daniela Sardisco_    10-29-07
Signature    Date