# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | C | **DATE** | |
| **CASE TITLE** | | | |

**DOCKET ENTRY TEXT**

Counsel for the plaintiff is requested to notify all other parties of the above status hearing date. When appearing at a first status call, the attorneys should advise the Court whether the parties would like to engage in settlement negotiations and, if so, whether the parties would like the Court to be directly involved in those negotiations. If not, parties should advise the Court that one or more of them does not want to pursue settlement at this time, and the parties should submit to the Court a plan for discovery. It is the intention of the Court that the parties have a full discussion involving the litigation with the other prior to coming to court for the first status. <u>Discovery materials are not to be filed with the Court pursuant to N.D. Ill. Local Rule 26.3</u>.

Docketing to mail notices.

| | Courtroom Deputy Initials: | TSA |
|---|---|---|