**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Daniela M. Sardisco

                            Plaintiff,

v.                                          Case No.: 1:07–cv–06117
                                            Honorable Wayne R. Andersen

David Lieberthal

                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 10, 2008:

        MINUTE entry before Judge Honorable Wayne R. Andersen:Status hearing held
on 4/10/2008. After reviewing the complaint, the court finds that plaintiff has failed to
state any federal cause of action. Thus, the complaint [1] is dismissed. This case is
terminated.Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.